John S. Jurik, appellee, v. Mikolas Marcinkiewicz et al., defendants, on appeal of Mikolas Marcinkiewicz and Helena Marcinkiewicz, appellants. Gen. No. 36,395.

Heard in the third division of this court for the first district. Opinion filed December 21, 1932.

Harold O. Mulks, for appellants. Anderson & Anderson, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Russell Firebaugh, as trustee, appellant, v. Andrew W. Landstrom et al., appellees. Gen. No. 35,731.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed December 21, 1932.

William Sherman Stahl, for appellant. Cummings & Wyman, for appellees; Austin L. Wyman and Harold Engstrom, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Elizabeth Walters, appellee, v. Michigan Cleaners Incorporated, appellant. Gen. No. 35,748.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed December 21, 1932.

Rosen, Francis & Rosen, for appellant; Ralph Rosen, of counsel. Alfred Roy Hulbert, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Julian M. Thomas, appellant, v. Gordon C. Thorne, appellee. Gen. No. 35,769.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed December 21, 1932.

Barry & Crowley, for appellant; Rupert Barry, of counsel. George R. Fitzmaurice, for appellee.

Mr. Justice Hebel delivered the opinion of the court.